# EXHIBIT "A"

#663240 v1

# EXHIBIT "A"

## ORBIT ENERGY & POWER LLC
### CASE #22-19628-ABA

**Payments Made during 90 Day Period Prior to Filing**

**Vendor:** EcoFasten Solar, LLC
4141 W. Van Buren St., Suite 2
Phoenix, AZ 85009

| Check Date | Clear Date | Check Number | Check Amount |
|---|---|---|---|
| 9/21/2022 | 9/21/2022 | ACH | 56,331.69 |
| 09/30/2022 | 9/30/2022 | ACH | 50,407.13 |
| 10/7/2022 | 10/7/2022 | ACH | 70,385.41 |
| 10/17/2022 | 10/17/2022 | ACH | 63,535.95 |
| 11/15/2022 | 11/16/2022 | ACH | 60,000.00 |
| 11/23/2022 | 11/25/2022 | ACH | 123,174.29 |
| | | | |
| **TOTAL** | | | **423,834.47** |